748

No. 738. PEARSON, RECEIVER, *v.* SUMMEY & TOLSON. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George S. Jones* for petitioner. No appearance for respondent.

No. 739. COURSON *v.* RIDALL. April 28, 1930. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Howard Cobb* and *Harold E. Simpson* for petitioner. *Mr. Riley H. Heath* for respondent.

No. 740. INSURANCE & TITLE GUARANTEE Co. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Hugh Satterlee, Alfred S. Weill, Walter C. Blakely,* and *Albert S. Lisenby* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, J. Louis Monarch, Norman D. Keller,* and *W. Marvin Smith* for respondent.

No. 734. MORRIS *v.* ROYAL INDEMNITY Co. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frank Morris, pro se. Mr. Richard T. Lynch* for respondent.

No. 742. LEHIGH & HUDSON RIVER RY. Co. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. R. Kemp*

*Slaughter* and *Hugh C. Bickford* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, J. Louis Monarch, John Vaughan Groner, Clarence M. Charest,* and *P. S. Crewe* for respondent.

No. 743. CHESAPEAKE & OHIO RY. Co. *v.* COFFEY. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Samuel H. Williams* for petitioner. *Mr. Charles Curry* for respondent.

No. 744. LAWS *v.* DAVIS ET AL. May 5, 1930. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Walter A. DeCamp* for petitioner. *Mr. John Weld Peck* for respondents.

No. 745. BALL *v.* WESTERN MARINE & SALVAGE Co. May 5, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lawrence Koenigsberger* for petitioner. *Messrs. Edwin C. Brandenburg* and *Louis M. Denit* for respondent.

No. 747. MASSEY ET AL. *v.* MILLER RUBBER Co. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Mahoney* for petitioners. *Mr. Louis M. Denit* for respondent.

No. 748. KISSOCK *v.* DUQUESNE STEEL FOUNDRY Co. ET AL. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.